# UNITED STATES DISTRICT COURT

District of Massachusetts

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| JOHNNY ALVIN HALL | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2004M0405RBC | 2:03m725 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[ ] Indictment    [ ] Information    [xx] Complaint    [ ] Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE**

Eastern District of Virginia (Norfolk)

**DESCRIPTION OF CHARGES:**

Distribution of heroin

**CURRENT BOND STATUS:**

[ ] Bail Fixed at ___ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[xx] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)
The defendant elected to have the Preliminary Examination and Detention Hearing in Norfolk.

**Representation:** CJA

**Interpreter Required?**  [xx] No  [ ] Yes  Language:

**DISTRICT OF** Massachusetts

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

JAN - 6 2004

Date / United States District Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |